*Samuel A. Tucker* v. *Ephraim A. Tucker et al.* S. STEVENS, for complainant; H. M. COLLIER, for defendants. Motion to open order closing proofs denied as to defendant Hyslop, with $8 costs; and granted, as respects Griffin, so far as to allow testimony to be taken as between him and the complainant only, until the 15th of May next; on payment of costs.